UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MIAMI BEST TROPICAL ENT. INC.,

              Plaintiff,

- against -

BEST TROPICAL ISLAND, INC. and CHAE YUN WHITE,

              Defendants.
-----------------------------------------------------------------------X

Civil No. 07cv9374 (LAK)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned enters his appearance as attorney in this case for defendants Best Tropical Island, Inc. and Chae Yun White.

The undersigned certifies that he his admitted to practice in this Court, and requests to be added to the Service Matrix and Appearance List for the aforementioned parties as their counsel of record.

Dated: New York, New York
       November 13, 2007

Respectfully Submitted,
LAW OFFICES OF BRUCE LEVINSON

By: _____
Bruce Levinson (BL-0749)
747 Third Avenue, Fourth Floor
New York, New York 10017-2803
Phone: (212) 750-9898

- and -

Louis W. Diess
McCARRON & DIESS
4900 Massachusetts Avenue, N.W., Ste. 310
Washington, D.C. 20016
Phone (202) 364-0400

Attorneys for Defendants