Stephen P. McCarron
Louis W. Diess, III°
Mary Jean Passett
Kate Ellis°

ldiess@mccarronlaw.com

# McCarron & Diess
4900 MASSACHUSETTS AVENUE, N.W., SUITE 310
WASHINGTON, D.C. 20016
(202) 364-0400   FAX (202) 364-2731
www.mccarronlaw.com

Specializing in Cases under the Perishable Agricultural Commodities Act (PACA)

° Not admitted in DC

November 13, 2007

**VIA FACSIMILE (718) 771-2243**

Andrew Squire, Esq.
379 Decatur Street
Brooklyn, NY  11233

Ref:  *Miami Best Tropical Ent., Inc. v. Best Tropical Island, Inc.*

Dear Mr. Squire:

Per our conversation this morning, this letter confirms our agreement for a 30-day extension of Best Tropical Island, Inc.'s time to file a responsive pleading to the complaint filed by Miami Best Tropical Ent., Inc. The extension places a new deadline to file a responsive pleading to the complaint at December 13, 2007. This extension is to allow you to investigate whether your client properly perfected its trust rights under the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c).

Please confirm your consent to this extension by signing below and returning the signed letter to me via facsimile at (202) 364-2731. Your signature below also confirms that Best Tropical Island, Inc.'s failure to file a responsive pleading on or by November 13, 2007 will not be deemed a default.

Sincerely,

*Louis W. Diess, III*

Louis W. Diess, III    By KE

*[signature]*

Andrew Squire, Esq.
Attorney for Plaintiff

LWD

cc:   Best Tropical Island, Inc. – Via Facsimile (718) 861-3122
      Bruce Levinson, Esq. – Via Facsimile (212) 750-2536