UNITED STATES DISTRICT COURT    **Case No.** _____ __07 CIV 9374_____
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
                                                  **Certification of Service**
                                                  **Summons and Complaint**
**MIAMI BEST TROPICAL, ENT, INC.,**
                          Plaintiff,


          -against-


**BEST TROPICAL ISLAND, INC.,**
**and CHAE YUN WHITE,**


                          Defendants.


------------------------------------------------x


_____GENE LOMBARDO_____ certifies the following under penalty of perjury:

1. I am over 18 years old and not a party to this action.

2. On_____OCTOBER 22, 2007_____ I served true copies of the ~~corrected~~ summons and complaint upon

_____BEST TROPICAL ISLAND, INC. and CHAE YUN WHITE_____ by hand delivery of:
                          Defendants

☑ A)   _1_ Copy                              CHAE YUN WHITE in His/Her individual capacity.
       _1_ Copy                              .CHAE YUN WHITE as an officer of __BEST TROPICAL ISLAND__.

   Address of Service-____237 ROW B, HUNTS POINT TERMINAL MARKET, BRONX, NY 10474____

   B)   Copies to a person of suitable age and discretion employed by _____who stated
        that He/She was authorized to accept service for _____.
        (Corporate Defendant)

        And, on _____ by mailing true copies of the summons and complaint to
        _____ defendants by first in a postage paid envelope marked
        "personal and confidential" and not identified as being mailed.

   C)   Copies to who identified himself/herself as a cashier, receptionist, officer director and/or manager of
        _____, who stated that He/She was authorized to accept
                    (Corporate Defendant)
        service on behalf of _____.

3. The above named person served is described as follows: (chae yun white)

Sex: F                    Age: _45_        Weight: _150_
                          Height: _5'2_    Color: _OLIVE_

Identifying Features: _____

**Dated** _10/22/07_          x _____