# McCarron & Diess

4900 MASSACHUSETTS AVENUE, N.W., SUITE 310
WASHINGTON, D.C. 20016
(202) 364-0400  FAX (202) 364-2731
www.mccarronlaw.com

Stephen P. McCarron
Louis W. Diess, III◻
Mary Jean Fassett
Kate Ellis◻

ldiess@mccarronlaw.com

Specializing in Case under the Perishable Agricultural Commodities Act (PACA)

◻ Not admitted in D

December 7, 2007

**VIA FACSIMILE (718) 771-2243**

Andrew Squire, Esq.
379 Decatur Street
Brooklyn, NY 11233

Ref: *Miami Best Tropical Ent., Inc. v. Best Tropical Island, Inc.*

Dear Mr. Squire:

Per your discussion with my colleague Kate Ellis, Esq. on December 4, 2007, this letter confirms our agreement for an additional 30-day extension of Best Tropical Island, Inc.'s time to file a responsive pleading to the complaint filed by Miami Best Tropical Ent., Inc. The extension places a new deadline to file a responsive pleading to the complaint at January 12, 2008. This extension is to allow you to investigate whether your client properly perfected its trust rights under the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c).

Please confirm your consent to this extension by signing below and returning the signed letter to me via facsimile at (202) 364-2731. Your signature below also confirms that Best Tropical Island, Inc.'s failure to file a responsive pleading on or by December 13, 2007 will not be deemed a default.

Sincerely,

*Louis W. Diess, III*
Louis W. Diess, III    By KE

_____
Andrew Squire, Esq.
Attorney for Plaintiff

LWD