KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

MIAMI BEST TROPICAL, ENT. INC.,

                    Plaintiff,

      - against -

BEST TROPICAL ISLAND INC., and
CHAE YUN WHITE,

                    Defendants.
----------------------------------------------------------x

Index#: 07CIV9374 (LAK)

NOTICE OF VOLUNTARY DISMISSAL
OF ACTION WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A) (I) of the Federal Rules of Civil Procedure the above-entitled action is dismissed, with prejudice, and without costs to either party as against the other.

This Notice is to be so-ordered by the Court and may be filed without further notice with the Clerk of the United States District Court, Southern District of New York.

DATED:    Brooklyn, NY
               December 27, 2007

                                            Andrew Squire, Esq.
                                            Attorney for Plaintiff
                                            379 Decatur Street
                                            Brooklyn NY 11233
                                            (718) 771 2221

SO ORDERED:

_____
Hon. Louis A. Kaplan

1/7/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08

74\miami v.best.notice\wpd